IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIBREEL FRAZIER | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 23-2083 |
| CONNEXUS CREDIT UNION | : |

## **ORDER**

AND NOW, this 7th day of July, 2023, upon consideration of Plaintiff Jibreel Frazier's *pro se* Amended Complaint (ECF No. 6), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **MARK** this case **CLOSED**.

                                                      **BY THE COURT.**

                                                    */s/ R. Barclay Surrick*
                                                  **R. BARCLAY SURRICK, J.**